UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHELLE MILLAN,

                Plaintiff,

          -v.-

SUSHIBYM INC. and YU YING LIN,

                Defendants.

19 Civ. 9514 (KPF)

ORDER

KATHERINE POLK FAILLA, District Judge:

    This matter was initiated when Plaintiff filed her Complaint on October 15, 2019. (Dkt. #1). The matter was referred to mediation on November 21, 2019. (Dkt. #10). A mediation conference was held on January 22, 2020. (January 22, 2020 Minute Entry). The parties are hereby ORDERED to submit a joint status letter to the Court on or before May 15, 2020, advising the Court as to whether the parties are actively engaged in ongoing mediation efforts.

    SO ORDERED.

Dated:    May 11, 2020
             New York, New York

                                          KATHERINE POLK FAILLA
                                          United States District Judge