UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHELLE MILLAN,<br><br>                              Plaintiff,<br><br>              -v.-<br><br>SUSHIBYM, INC. and YU YING LIN,<br><br>                              Defendants. | 19 Civ. 9514 (KPF)<br><br>ORDER |

KATHERINE POLK FAILLA, District Judge:

By letter dated May 29, 2020 (Dkt. #15), the parties notified the Court that they have reached a settlement in this case. Accordingly, the parties are instructed to file their completed settlement agreement along with a joint letter regarding the fairness of the settlement agreement on or before July 1, 2020, for this Court's review in accordance with the FLSA and Second Circuit law, *see, e.g.*, *Cheeks* v. *Freeport Pancake House*, 796 F. 3d 199 (2d Cir. 2015).

    SO ORDERED.

Dated:   June 1, 2020
         New York, New York

                                          _____
                                          KATHERINE POLK FAILLA
                                          United States District Judge